STATE OF NORTH CAROLINA EX REL. NORTH CAROLINA UTILITIES COMMISSION, v. YOUNGBLOOD TRUCK LINES, INC., APPLICANT-PETITIONER; GREAT SOUTHERN TRUCKING COMPANY, McLEAN TRUCKING COMPANY, INC., MILLER MOTOR EXPRESS, INC., FREDRICKSON MOTOR EXPRESS CORP., HELMS MOTOR EXPRESS, INC., OVERNITE TRANSPORTATION CO., AND THURSTON MOTOR LINES, INC., PROTESTANTS.

(Filed 3 February, 1956.)

APPEAL by Protestants, Great Southern Trucking Company, McLean Trucking Company, Inc., Miller Motor Express, Inc., Fredrickson Motor Express Corp., Helms Motor Express, Inc., Overnite Transportation Co., and Thurston Motor Lines, Inc., from *Clarkson, J.,* at 1 August, 1955, Special Term of MECKLENBURG.

Proceeding instituted before the North Carolina Utilities Commission by petition of Youngblood Truck Lines, Inc., an irregular route common carrier of motor freight, for authority to interchange freight with Goldston Motor Express, Inc., a regular route common carrier of motor freight.

The protestants, all being regular route common carriers of motor freight in the State of North Carolina, came in as intervenors and objected to the petition. The cause came on for hearing before the Commission on 29 March, 1955. By consent, the case was consolidated for trial with seven other similar cases in which Youngblood Truck Lines, Inc., is petitioner.

The protestants moved the Commission to dismiss the petition, on the ground that it was without jurisdiction to grant the relief sought. After argument of counsel, the Commission sustained the motion of the protestants, and Chairman Winborne stated that the proceeding was dismissed. The petitioner noted an exception to the ruling and

indicated a desire to appeal. Whereupon Chairman Winborne announced that the ruling would be put in the form of an order, which would be subject to petition for rehearing and other rules of appellate procedure.

On 22 April, 1955, the Commission filed and promulgated its order sustaining the motion to dismiss.

In due course and pursuant to the procedure outlined in G.S. 62-26.6, both sides petitioned the Commission for rehearing. Both petitions to rehear were denied *in toto* by the Commission, and each side, as allowed by statute, appealed to the Superior Court. The case was heard on appeal by Judge Clarkson, after which judgment was entered modifying and affirming the order of the Commission.

From the judgment so entered the protestants appealed to this Court.

*Allen & Hipp, Bunn & Bunn, and J. Ruffin Bailey for appellants.*
*Williams & Williams for appellee.*

PER CURIAM. In this case (No. 252) the judgment of the Superior Court will be modified and affirmed in accord with what is said in the opinion filed simultaneously herewith in the companion case of State of North Carolina *ex rel.* North Carolina Utilities Commission *v.* Youngblood Truck Lines, Inc., *et al., ante,* 442, which is decisive of the questions raised by the instant appeal.

Modified and affirmed.